| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series 2006-15 | **Order Filed on February 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>19-16747 CMG</u><br><br>Adv. No.:<br><br>Hearing Date: 1/15/2020 @ 9:00 a.m.<br><br>Judge: <u>Christine M. Gravelle</u> |
| In Re:<br>　　Sandra Lynn Bryant,<br><br>Debtor. | |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 5, 2020**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

**(Page 2)**
Debtor: Sandra Lynn Bryant
Case No: 19-16747 CMG
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series 2006-15, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 16 Bittersweet Rd., Ewing, NJ 08638-2320, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Peter E. Zimnis, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 15, 2020 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2019 through January 2020 for a total post-petition default of $6,235.12 (2 @ $1,217.08, 4 @ $1,254.28, $1,216.16 less suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $6,235.12 will be paid by Debtor remitting $1,039.18 per month for five months and $1,039.22 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on February 1, 2020 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2020, directly to Secured Creditor, Specialized Loan Servicing, LLC, PO Box 636007, Littleton, Colorado 80163(Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-16747-CMG
Sandra Lynn Bryant                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1         Date Rcvd: Feb 05, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db              +Sandra Lynn Bryant,    16 Bittersweet Rd,    Ewing, NJ 08638-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series
           2006-15 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES,
           Series 2006-15 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Mark  Schepps    on behalf of Creditor   Loramark Capital LLC mschepps@verizon.net
          Peter E. Zimnis    on behalf of Debtor Sandra Lynn Bryant njbankruptcylaw@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6