Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–16747–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sandra Lynn Bryant
16 Bittersweet Rd
Ewing, NJ 08638
Social Security No.:
xxx–xx–3408
Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 8, 2020.

On July 15, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                          August 19, 2020
Time:                          10:00 AM
Location:                    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 16, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sandra Lynn Bryant
      Debtor

Case No. 19-16747-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 2       Date Rcvd: Jul 16, 2020
                    Form ID: 185      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.

```
db          +Sandra Lynn Bryant,   16 Bittersweet Rd,   Ewing, NJ 08638-2320
518160515   +American Trading,  re:,  2297 Highway 33,   Trenton, NJ 08690-1717
518160516   +Capital Health,  One Capital Way,  Pennington, NJ 08534-2520
518450717   +Kennedy Law Firm LLC,   Paul Kennedy Esq,   NJM vs Bryant   DC 709-19,   503 Union Ave,
             Brielle, NJ 08730-1821
518160519   +Loramark Capital LLC,   POB 744,  Mount Laurel, NJ 08054-0744
518450718   +Motor Vehicle Commission,   Driver Control Srv,   Security Responsibility,   POB 134,
             Trenton, NJ 08666-0134
518450716   +NJM Ins Co.,   re:  ASO Agnes Boakye,   301 Sullivan Way,   Trenton, NJ 08628-3406
518450719   +NJPIGA,   222 Mount Airy,   Basking Ridge, NJ 07920-2335
518160521   +Pluese Becker & Saltzman,   SLS vs Bryant   F 9510-16,   20000 Horizon Way, Suite 900,
             Mount Laurel, NJ 08054-4318
518160522    Portfolio Recovery Srvc,   120 Corp Blvd, Ste 100,   Norfolk, VA 23502
518160523   +Specialized Loan Servicing,   8742 Lucent Blvd, Ste 300,   Littleton, CO 80129-2386
518160524   +State of NJ, D.O.L.,   POB 913,   Trenton, NJ 08625-0913
518160525   +Sunrise Credit Srv,   POB 9168,   Farmingdale, NY 11735-9168
518297249   +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2020 00:33:09   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2020 00:33:07   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518160517   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 00:37:07   Capital One,
             POB 30281,   Salt Lake City, UT 84130-0281
518160518    E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 00:32:43   Internal Revenue Service,
             POB 7346,   Philadelphia, PA 19101-7346
518171980    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 00:37:19   LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518295677    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 00:37:45
             Portfolio Recovery Associates, LLC,   C/O Capital One Bank (usa), N.a.,   POB 41067,
             Norfolk VA 23541
518160520   +E-mail/Text: bankruptcypgl@plaingreenloans.com Jul 17 2020 00:33:24   Plain Green LLC,
             POB 270,   Box Elder, MT 59521-0270
518281702   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 00:48:33   Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518450715   +E-mail/Text: bankruptcy@pseg.com Jul 17 2020 00:32:23   pse&g,   Credit and Collection Center,
             POB 490,   Cranford, NJ 07016-0490
                                                                       TOTAL: 9
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Loramark Capital LLC,   P.O. Box 744,   Mount Laurel, NJ 08054-0744
                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
```
       Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
       Albert  Russo   docs@russotrustee.com
```

District/off: 0312-3     User: admin     Page 2 of 2     Date Rcvd: Jul 16, 2020
     Form ID: 185     Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
      as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series
      2006-15 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
      York, as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES,
      Series 2006-15 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Mark  Schepps   on behalf of Creditor   Loramark Capital LLC mschepps@verizon.net
     Peter E. Zimnis    on behalf of Debtor Sandra Lynn Bryant njbankruptcylaw@aol.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                            TOTAL: 7