**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
SANDRA BRYANT

Debtors

**Order Filed on August 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-16747

Chapter 13

Judge: Gravelle

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: August 27, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Sandra Bryant
Case No.:  19-16747
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,000 for services rendered and expenses in the amount of $0 for a total of $1,000.  The allowance shall be payable:

___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
_____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $225 per month for the remaining months to allow for payment of aforesaid fee.