| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | **Order Filed on November 18, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Sandra Lynn Bryant<br><br>                                                    Debtor. | Chapter: 13<br><br>Case No.: 19-16747-CMG<br><br>Hearing Date: November 18, 2020<br><br>Judge Christine M. Gravelle |

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:            Sandra Lynn Bryant
Case No.:          19-16747-CMG
Caption of Order:  **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Creditor's Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15 ("Creditor"), whereas the post-petition arrearage amount was $5,352.51 as of November 17, 2020, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **16 Bittersweet Road, Ewing, New Jersey 08638** ("Property") provided that the Debtor complies with the following:

    a. On or before December 4, 2020, the Debtor shall file a modified plan providing for the curing and payment in full of the post-petition arrearage above, as well as all other amounts due on the underlying loan;

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the December 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan as an administrative claim.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Peter E. Zimnis* | */s/Gavin N. Stewart* |
| Peter E. Zimnis, Esquire | Gavin N. Stewart, Esq. |
| Law Office of Peter E. Zimnis | Stewart Legal Group, P.L. |
| 1245 Whitehorse Mercerville Road | 401 East Jackson Street, |
| Suite 412 | Suite 2340 |
| Trenton, NJ 08619 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |