**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :
_____ :
Law Office Peter Zimnis :
1245 Whitehorse Mercerville Road :
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
SANDRA BRYANT :
 :
 :
 :
Debtors :
 :
: Case No.: 19-16747
 :
: Chapter 13
 :
_____: Judge: Gravelle

**Order Filed on February 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: February 19, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Sandra Bryant
Case No.:  19-16747 CMG
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

___x___   through the Chapter 13 Plan as an administrative priority from
           funds on hand
_____     outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $225 per month for the remaining months to allow for payment of aforesaid fee.