| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> _____ <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> _____ <br> Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 <br> _____ <br> In re: <br> SANDRA BRYANT <br><br><br> Debtors <br><br><br> _____ | **Order Filed on February 19, 2021** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** <br><br><br><br><br><br><br><br><br><br><br> Case No.: 19-16747 <br><br> Chapter 13 <br><br> Judge: Gravelle |

### ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: February 19, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Sandra Bryant
Case No.:  19-16747 CMG
Caption:  Order Granting Additional Chapter 13 Fees

     The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x___ through the Chapter 13 Plan as an administrative priority from funds on hand
    _____ outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $225 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:  
Sandra Lynn Bryant  
    Debtor

Case No. 19-16747-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 19, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Sandra Lynn Bryant, 16 Bittersweet Rd, Ewing, NJ 08638-2320

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series 2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart  
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

John Zimnis  
    on behalf of Debtor Sandra Lynn Bryant njbankruptcylaw@aol.com.

Kevin Gordon McDonald

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|   |   |
|---|---|
|   | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET BACKED CERTIFICATES, Series 2006-15 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark Schepps | on behalf of Creditor Loramark Capital LLC mschepps@verizon.net |
| Peter E. Zimnis | on behalf of Debtor Sandra Lynn Bryant njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9